Order issued September 27, 2012



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-10-00455-CV

**BRIGITTE SHAMOUN, Appellant**

**V.**

**LISA R. SHOUGH, Appellee**

## ORDER

Before Justices Moseley, FitzGerald, and Richter

Appellant's July 23, 2012 Motion for Rehearing is **DENIED**.

KERRY P. FITZGERALD
JUSTICE